JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. ROTENBERG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PORSCHE CARS NORTH AMERICA, INC., et al.,<br><br>　　　　　Defendants. | Case No. CV 24-9969-MWF(MARx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL |

　　The Court has considered the parties' Stipulation of Dismissal. (Docket No. 18). For good cause shown, the parties' request is GRANTED. IT IS ORDERED that this action is DISMISSED with prejudice.

　　**IT IS SO ORDERED.**

Dated: July 16, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　United States District Judge